# United States Clerk

23cv1122-KWR-LF

- can you please file a complaint for violating my rights to a fair and adequate counsel as well as violating my right to due process in criminal proceedings of district court against...

  - Keren Fenderson (Fenderson Firm)
  - Assistant District Attorney Carmen Gutierrez
  - District Judge Brett Loveless
  - District Judge Bruce Fox

Please send me a 42 U.S.C. 1983 Blank Application and a blank informal papers application

X Andres Armijo
# 100247397

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 18 2023
MITCHELL R. ELFERS
CLERK

Andres Armijo
100 Deputy Dean Miera dr sw
Albuquerque, NM
87151

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 1 8 2023

MITCHELL R. ELFERS
CLERK

United States clerk
333 Lomas blvd NW ste. 270
Albuquerque, New Mexico
87102

87102-227470