IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRES ARMIJO,

    Plaintiff,

v.

                                                        No. 23-cv-1122-KWR-LF

KEREN FENDERSON, *et al*,

    Defendants.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

                                                        _____/S/_____
                                                        KEA W. RIGGS
                                                       UNITED STATES DISTRICT JUDGE